Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18890−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Giovanny A. Manzur                              Vanessa Manzur
fdba Puppy Gallery LLC                          140 Long Swamp Rd
140 Long Swamp Rd                               New Egypt, NJ 08533−1927
New Egypt, NJ 08533−1927

Social Security No.:
   xxx−xx−7965                                  xxx−xx−8153

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 13, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2017
JAN: ckk

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-18890-KCF
Giovanny A. Manzur                                                  Chapter 13
Vanessa Manzur
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Nov 14, 2017
                              Form ID: 148             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db/jdb         Giovanny A. Manzur,    Vanessa Manzur,    140 Long Swamp Rd,    New Egypt, NJ  08533-1927
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr            +CALIBER HOME LOANS, INC.,    Stern & Eisenberg PC,    1040 N Kings Highway,    Suite 407,
                Cherry Hill, NJ 08034-1925
516163724      A-1 Collection- Centra State Medical,    715 Horizon Dr,    Grand Junction, CO  81506-8700
516191153     +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO BOX 183853,    Arlington, TX  76096-3853
516163725      Acb Receivables Mnmgt- Central Jersey EM,    PO Box 350,    Asbury Park, NJ  07712-0350
516163727      Apothaker Scian PC,    PO Box 5496,    Mount Laurel, NJ  08054-5496
516163728      Caliber Home Loans,    PO Box 650856,    Dallas, TX  75265-0856
516163730      CareCentrix,    PO Box 277947,    Atlanta, GA  30384-7947
516163731     +Centra State Medical Center,    901 W Main St,    Freehold, NJ 07728-2549
516163732      Central Credit/Penn Cr- First Energy,    Attn:Bankruptcy,    PO Box 988,
                Harrisburg, PA  17108-0988
516163733      Chrysler Capital,    PO Box 660335,    Dallas, TX  75266-0335
516163734      Cit Fin Serv,    Attn: Bankruptcy,    PO Box 140489,    Irving, TX  75014-0489
516163735      Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO  63179-0040
516181772      CornerStone Education Loan Services,    on behalf of the Department of Education,
                PO Box 145123,    Salt Lake City, UT 84114-5123
516163736      Cornerstone/Dept of E,    PO Box 145122,    Salt Lake City, UT  84114-5122
516163737      Credit First/Cfna,    BK13 Credit Operations,    Cleveland, OH  44181
516163738      Dept. of Education-Cornerstone Education,    PO Box 105189,    Atlanta, GA  30348-5189
516163740      Encore Receivable Management Inc.,    PO Box 3330,    Olathe, KS  66063-3330
516163741      Erc/Enhanced Recovery Corp- AT&T,    8014 Bayberry Rd,    Jacksonville, FL  32256-7412
516219247     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
516163745      Hayt, Hayt & Landau,    PO Box 500,    Eatontown, NJ  07724-0500
516163746      Ic Systems -Endocrinology Assoc of NJ,    444 Highway 96 E,    Saint Paul, MN  55127-2557
516163748      Jared/Sterling Jewelers,    Attn: Bankruptcy,    PO Box 3680,    Akron, OH  44309-3680
516163749      Jersey Shore Anesthesia,    Scott Sekuler, Esq.,    208 Monmouth Rd,    Oakhurst, NJ  07755-1568
516163750      Jersey Shore University Med Ctr,    c/o Celentano Stadtmauer,    1035 US Highway 46,
                Clifton, NJ  07013-2468
516163752     +Kubota Credit Corp,    1025 Northbrook Pkwy,    Suwanee, GA 30024-2967
516189546     +Kubota Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
516318248     +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516163753      LabCorp,    PO Box 2240,    Burlington, NC  27216-2240
516163754      Lvnv Funding- Springleaf Financial,    PO Box 10497,    Greenville, SC  29603-0497
516163755      Midland Funding,    Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516163757      Quest Diagnostic,    PO Box 740985,    Cincinnati, OH  45274-0985
516163760    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of NJ- Division of Taxation,    PO Box 286,
                Trenton, NJ  08695-0286)
516163759     +State of NJ- Div of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516163767      Transworld Sys Inc/Carecentrix,    TSI,    PO Box 15630,    Wilmington, DE  19850-5630
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516391278     +EDI: CINGMIDLAND.COM Nov 14 2017 22:58:00     AT&T Mobility II LLC,    c/o AT&T Services, Inc,
                Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516163726      EDI: PHINAMERI.COM Nov 14 2017 22:58:00     Americredit/Gm Financial,    PO Box 183583,
                Arlington, TX  76096-3583
516348154      EDI: RESURGENT.COM Nov 14 2017 22:58:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516299128     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 14 2017 23:36:09     Caliber Home Loans Inc.,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
516163729      EDI: CAPITALONE.COM Nov 14 2017 22:58:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
516241951      EDI: CAPITALONE.COM Nov 14 2017 22:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516355589      EDI: BL-BECKET.COM Nov 14 2017 22:58:00     Capital One NA,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516215381     +EDI: CHRM.COM Nov 14 2017 22:58:00     Chrysler Capital,    PO Box 961275,
                Fort Worth, TX 76161-0275
516280978     +EDI: CRFRSTNA.COM Nov 14 2017 22:58:00     Credit First NA,    PO Box 818011,
                Cleveland, OH 44181-8011
516215435      EDI: IRS.COM Nov 14 2017 22:58:00     Department of the Treasury,    Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
516183993      EDI: DISCOVER.COM Nov 14 2017 22:58:00     Discover Bank,    Discover Products Inc.,
                PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0312-3          User: admin                  Page 2 of 3                  Date Rcvd: Nov 14, 2017
                              Form ID: 148                 Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516163739      EDI: DISCOVER.COM Nov 14 2017 22:58:00     Discover Financial,    Attn: Bankruptcy,
               PO Box 3025,    New Albany, OH 43054-3025
516163742      EDI: GMACFS.COM Nov 14 2017 22:58:00     G M A C,    PO Box 105677,    Atlanta, GA 30348-5677
516163743      EDI: GMACFS.COM Nov 14 2017 22:58:00     GMAC,    PO Box 380901,    Bloomington, MN 55438-0901
516163744      E-mail/Text: bankruptcy.notices@hdfsi.com Nov 14 2017 23:35:46      Harley Davidson Financial,
               Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
516163751      EDI: CBSKOHLS.COM Nov 14 2017 22:58:00     Kohls/Capital One,    PO Box 3120,
               Milwaukee, WI 53201-3120
516352008      EDI: RESURGENT.COM Nov 14 2017 22:58:00     LVNV Funding, LLC its successors and assigns as,
               assignee of Springleaf Financial,    Services Of Indiana, Inc.,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
516284009     +EDI: MID8.COM Nov 14 2017 22:58:00     MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
516955490      E-mail/Text: peritus@ebn.phinsolutions.com Nov 14 2017 23:36:06
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516955491      E-mail/Text: peritus@ebn.phinsolutions.com Nov 14 2017 23:36:06
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419,
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516403765      EDI: PRA.COM Nov 14 2017 22:58:00     Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
               POB 41067,    Norfolk VA 23541
516163756      EDI: PRA.COM Nov 14 2017 22:58:00     Portfolio Recovery- GE Capital,    Attn: Bankruptcy,
               PO Box 41067,    Norfolk, VA 23541-1067
516173761      EDI: Q3G.COM Nov 14 2017 22:58:00     Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
               PO Box 788,    Kirkland, WA 98083-0788
516163758      EDI: CHRM.COM Nov 14 2017 22:58:00     Santander Consumer USA,    PO Box 961275,
               Fort Worth, TX 76161-0275
516163761      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Amazon,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516163762      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Care Credit,    Attn: bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516163763      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Pc Richard,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516163764      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Pc Richards & Sons,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516163765      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Sleepys,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516163766      EDI: RMSC.COM Nov 14 2017 22:58:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
516392245      EDI: USBANKARS.COM Nov 14 2017 22:58:00     U.S. Bank National Association,
               Bankruptcy Department,    PO Box 108,    St. Louis MO 63166-0108
516163768      EDI: USBANKARS.COM Nov 14 2017 22:58:00     US Bank- Harley Davidson Visa,    4325 17th Ave S,
               Fargo, ND 58125-6200
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516163747*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    955 S Springfield Ave,
               Springfield, NJ 07081-3570)
516318700*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 14, 2017
                              Form ID: 148             Total Noticed: 70
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marc C. Capone    on behalf of Debtor Giovanny A. Manzur mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Vanessa  Manzur mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Steven P. Kelly    on behalf of Creditor   CALIBER HOME LOANS, INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```