Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16–18890–KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Giovanny A. Manzur                                    Vanessa Manzur
  fdba Puppy Gallery LLC                       140 Long Swamp Rd
  140 Long Swamp Rd                            New Egypt, NJ 08533–1927
  New Egypt, NJ 08533–1927

Social Security No.:
  xxx–xx–7965                                          xxx–xx–8153

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 10, 2018</u>                <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court